■ CYNTHIA CASS, Respondent, v WILLIAM J. CASS, Appellant. [893 NYS2d 907]—Appeal from an order of the Supreme Court (Teresi, J.), entered December 8, 2008 in Albany County, which denied defendant's motion to cure a mistake, defect or irregularity in the parties' separation agreement.

Order affirmed, upon the opinion of Justice Joseph C. Teresi.

Peters, J.P., Rose, Lahtinen, Malone Jr. and Kavanagh, JJ., concur. Ordered that the order is affirmed, with costs.